1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtor

6

7

8               UNITED STATES BANKRUPTCY COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 **In re:**                          **Case No. 14-41174 CN**

11 **JOHN BENNY SCHIPANI,**             **Chapter 13**

12            **Debtor.**               **MOTION TO MODIFY CHAPTER 13 PLAN**

13 _____/

14     John Benny Schipani, debtor herein, moves the court for an order

15 modifying his Chapter 13 plan as follows:

16     **1. FACTUAL BACKGROUND**

17     Debtor will be eighty-four (84) years old in July. He is the

18 owner/operator of Giovanni, an Italian restaurant in Berkeley that he

19 opened fifty-two (52) years ago in 1963. Giovanni is one of the oldest

20 restaurants on Shattuck Avenue in Berkeley.

21     Giovanni suffered a major fire on April 23, 2015, and has been

22 closed for repairs since then. The insurance carrier is paying for the

23 repairs, which are estimated to be completed in November, 2015. However,

24 thusfar the insurance company is only willing to pay debtor $25,802 total

25 for business interruption. That will give debtor $3,225 per month, in

26 addition to social security until the restaurant reopens.

1    Prior to the fire, debtor had agreed in principal with some

2    investors ("Lessees") on a lease with an option to purchase the

3    restaurant and the commercial building which houses Giovanni. The fire

4    has obviously complicated the timing of the deal, but the Lessees remain

5    committed to going through with the plan to lease and eventually purchase

6    the business.

7    In essence, the Lessees will pay the mortgage payments on the

8    commercial building. Once the restaurant reopens, hopefully in November,

9    2015, the Lessees will take over the operation of the restaurant and will

10   commence paying debtor's Chapter 13 plan payments until the plan is

11   completed.

12   **2. MODIFICATION OF PLAN**

13   Debtor hereby moves to modify his Chapter 13 plan as outlined in the

14   Modified Chapter 13 Plan attached hereto as exhibit A and as outlined

15   below:

16   The plan, as modified, provides for payments of $500.00 per month

17   commencing June, 2015 and continuing through November, 2015. Commencing

18   December, 2015 the plan payments shall be $6,800 per month until the plan

19   is completed or until the entire balance of the plan is paid off. Any

20   plan arrearages shall be forgiven.

21   Dated: June 4, 2015

22                                          /s/ Patrick L. Forte
                                            PATRICK L. FORTE
23                                          Attorney for Debtor

24

25

26

Case: 14-41174   Doc# 40   Filed: 06/05/15   Entered: 06/05/15 13:39:30   Page 2 of 2