

```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

The following constitutes
the order of the court. Signed July 14, 2015

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 14-41174 CN |
| **JOHN BENNY SCHIPANI,** | Chapter 13 |
| Debtor. _____/ | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |

The above named debtor having served an Amended Motion to Modify Chapter 13 Plan on June 16, 2015, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtor's Amended Motion to Modify Plan filed on June 16, 2015, as docket #42 and attached modified plan exhibit is approved.

**END OF ORDER**

Page 1 of 2

**COURT SERVICE LIST**

'No physical service required'